# AFFIDAVIT

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF PHILADELPHIA:**

:
: SS: _____.
:

On May 18th I Manna Massaquoi am enclosing these as follows: U.S.C. 1983 Civil Complaint, Application to Proceed In District Court Prepaying Fees or Costs, Motion for Appointment of Counsel, copies of filed grievances, Sick Calls, & Request to staffs, et al. seq. enclosed with this Affidavit properly mailed by placing in the G-1 unit mail Box delivery by the Philadelphia Indust. Correctional Center officers on this 18th day of May 2011. All documents placed inside of an large yellow United States Marshalls self-addressed stamped envelope to the Eastern District Court House 601 Market Street, Phila, PA. 19106.

I, __Manna Massaquoi__, hereby states that the following statements herein are true and correct upon my personal knowledge, and/or belief. And do understand that the statements made herein are subject to the penalties of title 28 U.S.C. section 1746, Relating to unsworn falsification to authorities.

Dated 5/18/2011.          /s/ __Mam_____
                              (PLAINTIFF/WITNESS)